# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **WETRO LAN LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**TRENDNET INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 2:15-cv-41**<br>**(Lead Case)**<br><br>**CIVIL ACTION NO. 2:15-cv-106**<br>**(Consolidated Case)** |

## ORDER OF DISMISSAL

In consideration of the Motion for Dismissal of all claims filed between Plaintiff, Wetro Lan LLC and Trendnet Inc., the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, Wetro Lan LLC and Defendant, Trendnet Inc., are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

**SIGNED this 29th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE